UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Violations: |
| | : | |
| PATRICIA ELIZABETH GONZALEZ, | : | 18 U.S.C. §§ 201(b)(2)(A) and (C) |
| | : | (Receipt of a Bribe by a Public Official) |
| Defendant. | : | |

**INFORMATION**

The United States Attorney informs the Court that:

**COUNT ONE**
**(Receipt of a Bribe by a Public Official)**

1. At all times material to this Information, defendant **PATRICIA ELIZABETH GONZALEZ** was employed as a Legal Instrument Examiner with the District of Columbia Department of Motor Vehicles (hereinafter referred to as "DMV"). Her duties included processing customer transactions in all areas of DMV's operations, including processing applications submitted by individuals seeking to obtain District of Columbia drivers' licenses, learner's permits, and identification cards.

3. From at least August, 2006 to on or about January16, 2008, in a continuing course of conduct, defendant **PATRICIA ELIZABETH GONZALEZ** , being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value, to wit, United States currency, in return for her (a) being influenced in the performance of defendant **PATRICIA ELIZABETH GONZALEZ**'s official acts and (b) being induced to do and omit to do acts in violation of defendant **PATRICIA ELIZABETH GONZALEZ**'s official duties, to wit, defendant **PATRICIA ELIZABETH GONZALEZ**

received United States currency on more than two occasions for her personal use directly or indirectly from individuals who were seeking District of Columbia driver's licenses in return for defendant **PATRICIA ELIZABETH GONZALEZ** not verifying the applicants's name, social security number, immigration status, residency in the District of Columbia, and failing to obtain compliance from the applicants of other requirements for obtaining a District of Columbia driver's license, including her failing to require the applicants to complete visual, knowledge and skill roads tests.

**All in Violation of Title 18, United States Code, Sections 201(b)(2)(A) and (C) (Receipt of a Bribe by a Public Official)**

JEFFREY A. TAYLOR
United States Attorney for
the District of Columbia


By:      _____/s/_____
ELLEN CHUBIN EPSTEIN
SUSAN B. MENZER
Assistant United States Attorneys