UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) ) ) | Crim. No. 08-100(RJL) |
| v. |  |  |
| PATRICIA GONZALEZ |  |  |

UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Patricia Gonzalez, through counsel, respectfully requests that the Plea Hearing that is scheduled for Tuesday, May 13, 2008 at 4:30 p.m. be rescheduled.

As grounds for this motion, counsel for Ms. Gonzalez states:

1. Undersigned counsel started a trial before the Honorable Colleen Kollar-Kotelly, today, May 7, 2008 with jury selection. Jury Selection is expected to be completed tomorrow May 8, 2008. The case before Judge Kollar-Kotelly, United States v. Khan Mohammed (06-357) was initially scheduled to begin on Friday, May 2, 2008. The case continue was briefly continued at the request of counsel for Mohammed, for a number of reasons. The short continuance is the reason why the trial before Judge Kollar-Kotelly will continue through next Tuesday, May 13th.

2. Undersigned counsel, initially alerted Ms. Linda Romero regarding this scheduling conflict. Ms. Romero relayed the Court's request that a Motion to Continue be filed. Pursuant to that directive undersigned counsel is hereby submitting Ms. Gonzalez's Motion to Continue the Plea Hearing.

3. Undersigned requests that the Plea Hearing be scheduled for the week of May 19th at any time that the Court is available with the exception of Monday, May 19th between 10:00 to 11:00 a.m. Counsel is also available during the week of June 2nd at anytime with the exception of 9:30 a.m. to 11:00 a.m. on Monday, June 2, 2008.

4. Undersigned counsel has spoken to AUSA Susan Menzer regarding the instant motion and she does not oppose the requested relief.

5. Undersigned counsel apologizes to the Court and the government for the inconvenienced occasioned by this motion.

Wherefore, Ms. Gonzalez respectfully requests that the Plea Hearing be continued to a time convenient for the Court and government.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Carlos J. Vanegas
Assistant Federal Public Defender
On Behalf of Patricia Gonzalez
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 08-100(RJL) |
| v. ) | |
| PATRICIA GONZALEZ ) | |

**PROPOSED ORDER**

Upon consideration of defendant's motion to continue the Plea Hearing it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Plea Hearing scheduled for May 13, 2008 at 4:30 p.m. is hereby reset for_____day of_____for_____;

**SO ORDERED.**

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Susan Menzer
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530