UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  )
                          )
vs.                       )   Criminal Case No. 08-100 (RJL)
                          )
                          )
                          )
PATRICIA E. GONZALEZ      )

WAIVER OF INDICTMENT

I, **PATRICIA E. GONZALEZ**, the above-name defendant, who is accused of

**18 U.S.C. 201(b)(2)(A) and ©)**
**Receipt of a Bride by a Public Official**

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **May 19, 2008** prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____   Date: 5/19/08
       Judge Richard J. Leon