U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| PATRICIA ELIZABETH GONZALEZ | : Case No. 08-100 (RJL) |
| | : |
| | : |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __27th__ day of __August 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __A date convenient to both parties__ by __FBI S/A Sean Ryan and Al Tenuta__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI S/A Sean Ryan and Al Tenuta__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (XXXXXXXXXXX) Richard J. Leon

DOJ USA-16-1-80

DEFENSE COUNSEL